# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130668

GERRY BAKER,
       Plaintiff-Appellant,

and

JUANITA F. BAKER,
       Plaintiff,

v

                                   SC: 130668
                                   COA: 262272
                                   Genesee CC: 04-078193-CK

DANIEL M. ABRAMSON, ARLENE O.
PEPLINSKI, JOHN PEPLINSKI, CONTINUUM
OF CLIO, INC., d/b/a MAPLE WOODS MANOR,
and JFB INVESTMENTS, L.L.C.,
       Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the December 6, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006 _____            _____

s0619                                            Clerk